IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEKIR THOMAS,<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEORGE LITTLE *et al.*,<br>*Defendants* | : | No. 22-2246 |

## ORDER

AND NOW, this 8th day of April, 2024, upon consideration of the Partial Motion to Dismiss the First Amended Complaint (Doc. No. 56), the Partial Motion to Dismiss the Second Amended Complaint (Doc. No. 65), Mr. Thomas's "Motion" in Opposition (Doc. No. 68), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The Partial Motion to Dismiss the First Amended Complaint (Doc. No. 56) is **DENIED AS MOOT**.

2. The Partial Motion to Dismiss the Second Amended Complaint (Doc. No. 65) is **DENIED**.

3. Mr. Thomas's Motion in Opposition (Doc. No. 65) is **DENIED AS PROCEDURALLY FLAWED** and recharacterized as an opposition to the Partial Motion to Dismiss (Doc. No. 65).

BY THE COURT:

_____
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE