**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHEKIR THOMAS,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **GEORGE LITTLE,** *et al.*, | : | **NO. 22-2246** |
| **Defendants.** | : | |

## ORDER

**AND NOW,** this 3rd day of July, 2024, upon consideration of Plaintiff's Motion for Order to Show Cause, Preliminary Injunction and Temporary Restraining Order (ECF No. 111); Defendants Response in Opposition (ECF No. 122); and the evidence presented at the June 20, 2024 hearing, it is hereby **ORDERED** that Plaintiff's motion is **DENIED**.

BY THE COURT:

_____
Hon. Mia R. Perez