**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHEKIR THOMAS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 22-cv-2246 |
| GEORGE LITTLE, *et al.*, | : | |
| Defendants. | : | |

**DEFENDANTS' REVISED PROPOSED VERDICT SHEET**

AND NOW, pursuant to the Court's Order, ECF 208, and the Court's request at Pre-Trial Conference, dated July 9, 2025, Defendants, through counsel, respectfully submit the following Proposed Verdict Slip, that Plaintiff has not agreed upon.

**Eighth Amendment-Conditions of Confinement**

1. Do you find, by a preponderance of evidence, that Plaintiff's conditions, while placed on RRL and assigned to the IMU, constituted a sufficiently serious, objective deprivation that constitute cruel and unusual punishment?

(Check the appropriate box)

_______ Yes _______No

**If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, you have completed this part and should now sign and date this verdict slip.**

2. Do you find, by a preponderance of evidence, that any of the Defendants acted with a sufficiently culpable state of mind, that is to say, deliberate indifference to conditions of confinement that constitute cruel and unusual punishment.

(Check the appropriate box)

| | | |
|---|---|---|
| Defendant Wetzel | _______ Yes | _______No |
| Defendant Little | _______ Yes | _______No |
| Defendant Stickney | _______ Yes | _______No |
| Defendant Matteo | _______ Yes | _______No |

**If you answered "Yes" as to any Defendant in Question 2, proceed to Question 3. If you answered "No" as to all Defendants in Question 2, you have completed this part and should now sign and date this verdict slip.**

3. Do you find by a preponderance of evidence that Mr. Thomas suffered physical injury based on the actions of any Defendant?

(Check the appropriate box)

_______ Yes _______No

**If you answered "Yes" to Question 3, proceed to Question 4. If you answered "No" to Question 3, proceed to Question 5.**

4. Please state the amount that will fairly compensate Mr. Thomas for any physical injury or emotional pain and mental anguish that he sustained as a result of the actions of the Defendant(s): $ ____________

**If you were required to fill out Question 4, once completed, you may proceed to Question 5.**

5. Do you find, by a preponderance of evidence, that any Defendant acted maliciously or wantonly in violating Mr. Thomas' constitutional rights as provided by the Eighth Amendment?

(Check the appropriate box)

| | | |
|---|---|---|
| Defendant Wetzel | _______ Yes | _______No |
| Defendant Little | _______ Yes | _______No |
| Defendant Stickney | _______ Yes | _______No |
| Defendant Matteo | _______ Yes | _______No |

**If you answered "Yes" as to any Defendant in Question 5, proceed to Question 6. If you answered "No" to all of Question 5, you have completed this part and should now sign and date this verdict slip.**

6. What amount of punitive damages do you award to Mr. Thomas?

| | |
|---|---|
| Defendant Wetzel | $______________ |
| Defendant Little | $______________ |
| Defendant Stickney | $______________ |
| Defendant Matteo | $______________ |

**You have completed the questions and should now sign and date this verdict slip.**

DATE: ____________________ ______________________________
Foreperson

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

WHEREFORE, it is respectfully requested that the Court accept the foregoing Proposed Verdict Slip submitted on behalf of Defendants in this matter.

Dated: July 10, 2025

Respectfully submitted,

DAVID W. SUNDAY
Attorney General

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Telephone: (267) 768-3964
Fax: (717) 772-4526
skaplan@attorneygeneral.gov

BY: /s/ Sarina Kaplan
SARINA KAPLAN (Pa. No. 209738)
Deputy Attorney General

NICOLE R. DITOMO
Chief Deputy Attorney General
Chief, Litigation Section

## CERTIFICATE OF SERVICE

I, Sarina Kaplan, hereby certify that the foregoing Defendants' Proposed Verdict Slip have been filed electronically on July 10, 2025 and are available for viewing and downloading from the Court's Electronic Case Filing system by all counsel of record. I further certify that a true and correct copy of this document was provided to the Superintendent's Assistant to hand-deliver to the following:

Smart Communications/PADOC
Shekir Thomas, LZ7528
SCI-Phoenix
*Pro Se Plaintiff*

Dated: July 10, 2025

/s/ Sarina Kaplan
Sarina Kaplan