**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHEKIR THOMAS,** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 22-2246 |
| **GEORGE LITTLE,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 17th day of March, 2026, upon consideration of Defendants' Motion for Reconsideration, ECF No. 286, Plaintiff's response thereto, ECF No. 287, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____

Hon. Mia R. Perez